# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| DERICK B., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:18-cv-00568-O-BP |
| § | |
| NANCY A. BERRYHILL, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.[1] *See* ECF No. 14. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Commissioner's decision is **REVERSED** and **REMANDED** in accordance with the Findings and Conclusions of the Magistrate Judge.

**SO ORDERED** on this **26th day** of **July, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies the plaintiff only by first name and last initial.