IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DERICK BRAGGS, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:18-cv-00568-O-BP |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 22), issued on December 10, 2019. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (ECF No. 20). Defendant is **ORDERED** to pay Plaintiff, in care of Michael T. Kelly, attorney fees in the amount of $6,774.93.

**SO ORDERED** on this **30th day** of **December, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1